November 03, 2015

83.580-01

Court of Criminal Appeals
Clerk of Court - Abel Acosta
P.O. Box 12308
Capitol Station
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta. Clerk

RE: In Regards to Recent Correspondence
    WR-83-580-01

Dear Honorable Clerk Acosta:

    I am writing to you at this time because of recent correspondence
I have received from this Court and from the State's Attorney.
Because I am a pro se litigant, I have no one to seek answers from.

    Can you please clarify two questions for me? Because the State
filed a "Motion to Transfer Motions to New Cause Number" and this
was granted by this Court, does this mean that the Mandamus I filed
with this Court (which was denied without written order on October
28, 2015) now needs to be re-filed but with the new Cause Number
1131352-A? Am I supposed to file an Affidavit with ths Court as well?

    Or, is the re-filing of a Mandamus something to be done only
if the Trial Court fails to follow the Court's Order and file
everything under the correct cause number (1131352) within the
60 days so ordered?

    Please understand that this is NOT legal advice that I am
seeking. I am well aware that you are unable to provide any type
of advice. I am merely seeking clarification because I am confused
by these recent filings and orders.

    I thank you for your time and kind assistance.

Respectfully Submitted,

Thomas. E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Texas 77515